147 A.3d 1196

IN THE MATTER OF DOUGLAS M. LONG, AN ATTORNEY
AT LAW (ATTORNEY NO. 020961998)

November 4, 2016

## ORDER

This matter having been duly presented pursuant to *Rule* 1:20-10(b), following a granting of a motion for discipline by consent (DRB 16-159) of **DOUGLAS M. LONG** of **WOODBURY,** who was admitted to the bar of this State in 1999;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.15(a)(failure to safeguard property of clients or third parties and negligent misappropriation), *RPC* 1.15(d) and *Rule* 1:21-6 (recordkeeping violations), and *RPC* 5.3(a) and (b)(failure to supervise a nonlawyer assistant);

And the parties having agreed that respondent's conduct violated *RPC* 1.15(a), *RPC* 1.15(d), *RPC* 5.3(a), *RPC* 5.3(b) and *Rule* 1:21-6, and that said conduct warrants a reprimand to a three-month suspension;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2012–0301E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20-16(e);

And good cause appearing;

It is ORDERED that **DOUGLAS M. LONG** of **WOODBURY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.